UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ANGELA Y. MYLES, | Case No. 3:17-cv-00524-LRH-(WGC) |
| Plaintiff, | |
| v. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (ECF No. 20) entered on April 19, 2018, recommending granting Plaintiff's Motion for Reversal and/or Remand (ECF No. 14) entered on December 21, 2017, and denying Defendant's Cross-motion to Affirm (ECF No. 17) entered on February 21, 2018. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rules 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 20) entered on April 19, 2018, should be adopted and accepted.

1

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 20) entered on April 19, 2018, is adopted and accepted, and Plaintiff's Motion for Reversal and/or Remand (ECF No. 14) is GRANTED.

IT IS FURTHER ORDERED that Defendant's Cross-motion to Affirm (ECF No. 17) is DENIED.

IT IS FURTHER ORDERED that this matter is REMANDED for further administrative proceedings consistent with the Magistrate Judge's Report and Recommendation (ECF No. 20).

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment in this matter.

IT IS SO ORDERED.

DATED this 16th day of May 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE